IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY DOWNING,

    Plaintiff,

vs.

ROBERT WANCHEK, CORNING TRUCK WASH,

    Defendant.

No. CIV S-07-1599 JAM EFB

ORDER

    Plaintiff's motion for entry of default judgment came on regularly for hearing before the assigned magistrate judge on July 9, 2008. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1).

    On August 13, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed objections (entitled a "Response") on August 13, 2008.[1]

---

[1] However, the objections reference only plaintiff's First Amended Complaint filed July 9, 2008, and are therefore inapplicable to the findings and recommendations on plaintiff's initial complaint filed August 4, 2007, which are presently before this court. Plaintiff's August 12, 2008, motion for default judgment on his First Amended Complaint remains pending with the magistrate judge.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 13, 2008, are adopted in full;

2. Plaintiff's June 5, 2008, motion for entry of default judgment is denied without prejudice.

DATED: October 8, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

2