IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY DOWNING,

        Plaintiff,                       No. CIV-S-07-1599 JAM EFB

    vs.

ROBERT WANCHEK, CORNING TRUCK WASH,

        Defendants.                <u>ORDER</u>

        Plaintiff's motion for entry of default judgment was submitted for decision on August 29, 2008. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1).

        On September 19, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The Findings and Recommendations filed September 19, 2008, are adopted in full; and,

2. Plaintiff's motion for default judgment filed August 12, 2008 (Document No. 19), is denied without prejudice.

DATED: October 8, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

2