1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARRY DOWNING,

11         Plaintiff,                    No. CIV S-07-1599 JAM EFB

12      vs.

13   ROBERT WANCHEK, CORNING        ORDER
     TRUCK WASH,
14
            Defendants.
15   _____/

16       Presently pending on this court's law and motion calendar for November 12, 2008, is

17   plaintiff's motion for default judgment filed October 9, 2008.  Plaintiff has demonstrated service

18   of the motion upon defendant, by certified mail, and return of the signed receipt, although

19   defendant has not responded to the motion or otherwise appeared in this case.  Nonetheless, as

20   set forth in this court's prior findings and recommendations (Dckt. Nos. 20 and 24), questions

21   remain regarding service of process in this action, a necessary prerequisite to entering default

22   judgment, and the calculation of plaintiff's damages should default judgment be entered.

23       Accordingly, plaintiff shall be prepared to discuss, and present evidence of, the following

24   matters at the November 12, 2008 hearing:

25       (1)  Whether service of process of the summons and initial complaint has been completed

26   in compliance with Fed. R. Civ. P. 4 and what documentation establishes that service has been

                                      1

1  properly effected.  *See* Order and Findings and Recommendations filed September 19, 2008, at

2  pp. 3-5; and

3       (2)  *All* evidence supporting plaintiff's damages claim, as set forth in ¶¶ 1 through 5 of

4  the Prayer for Relief in plaintiff's First Amended Complaint, including detailed affidavits with

5  exhibits, and all relevant documentary evidence in support thereof.[1]  *See* Findings and

6  Recommendations filed August 13, 2008, at pp. 3-4, and cases cited therein, e.g., *Dundee*

7  *Cement Co. v. Howard Pipe & Concrete Products*, 722 F.2d 1319, 1323-24 (7th Cir. 1983).

8       SO ORDERED.

9  DATED:  November 5, 2008.

10                                          EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22       [1]  The court is informed that plaintiff has twice traveled from Ohio to California with the
expectation of participating in a "prove up" hearing.  Assuming counsel can demonstrate
23  conformance with the service of process requirements of Fed. R. Civ. P. 4, the court will hear at
the November 12, 2008 hearing, any testimony from plaintiff or others in support of plaintiff's
24  damages claim or, alternatively, consider any such testimony presented by way of declaration.
Any declaration shall be submitted by November 10, 2008.  If it is necessary for plaintiff to
25  present live testimony, but requires additional time to arrange transportation to California, the
court will, at the November 12, 2008 hearing, set a further hearing that both accommodates
26  plaintiff's schedule and conforms to the court's law and motion schedule.

2