**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BRIGITTE M. MAYO, SB# 173584
2850 Gateway Oaks Way, Suite 450
Sacramento, California 95833
Telephone: (916) 564-5400
Facsimile: (916) 564-5444

Attorneys for Defendants, CORNING TRUCK WASH and ROBERT WANCHEK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry Downing, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>Corning Truck Wash, Robert Wanchek, <br><br>　　　　　Defendants. | CASE NO. 2:07-CV-01599-JAM-EFB <br><br>**STIPULATION AND ORDER RE: PHYSICAL EXAMINATION OF PLAINTIFF [FRCP 35]** <br><br>Action Filed: August 4, 2007 <br>Trial Date: June 14, 2010 |

　　IT IS HEREBY STIPULATED by and among Defendants, CORNING TRUCK WASH and ROBERT WANCHEK (hereinafter collectively "Defendants"), and Plaintiff, LARRY DOWNING (hereinafter "Plaintiff"), as follows:

　　(1) Plaintiff will produce himself for a physical examination, (in Williamsburg, Kentucky per both sides agreement) including any other incidental testing, at the request of Defendants to be conducted at a mutually agreeable date and time prior to December 31, 2009.

    (2) The examination will be conducted by, and at the office of, a suitably licensed examiner located within the geographic region encompassed by the United States District Court, Eastern District of California.

    (3) The physical examination, including any other incidental testing, will be conducted to determine the scope and extent of Plaintiff's claimed physical injuries in controversy in the above-entitled action.

    (4) Counsel for the parties may be present at the examination.

    (5) Counsel for the parties, and/or the examiner, may audio record the examination.

    (6) The examination may be recorded stenographically.

    (7) Good cause for the examination exists in that Plaintiff's claimed physical injuries in the above-entitled action are in controversy.

DATED: November___, 2009     LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/
Brigitte M. Mayo
Attorney for Defendants
CORNING TRUCK WASH
and ROBERT WANCHEK

DATED: November___, 2009     LAW OFFICES OF NATHANIEL POTRATZ

By /s/
Nathaniel Potratz
Attorney for Plaintiff
LARRY DOWNING



# ORDER

Pursuant to the parties' Stipulation, Plaintiff, LARRY DOWNING (hereinafter, "Plaintiff), is ORDERED to submit to a physical examination by a suitably licensed examiner at a date and time mutually agreed to by the parties.  Said examination to be conducted prior to December 31, 2009 by, and at the office of, a suitably licensed examiner located within the geographic region encompassed by the United States District Court, Eastern District of California.

The physical examination, and any incidental testing, is limited to the scope and extent of Plaintiff's claimed injuries in controversy in this matter.

Counsel for the parties may be present at the examination.  Counsel for the parties, and/or the examiner, may audio record the examination and the examination may be recorded stenographically.

IT IS SO ORDERED.

Date: November 20, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE