**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BRIGITTE M. MAYO, SB# 173584
2850 Gateway Oaks Way, Suite 450
Sacramento, California 95833
Telephone: (916) 564-5400
Facsimile: (916) 564-5444

Attorneys for Defendants, CORNING TRUCK WASH and ROBERT WANCHEK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry Downing,<br><br>      Plaintiff,<br><br>v.<br><br>Corning Truck Wash, Robert Wanchek,<br><br>      Defendants. | CASE NO. 2:07-CV-01599-JAM-EFB<br><br>**STIPULATION AND ORDER RE: EXTENSION OF DISCOVERY DEADLINES AND EXPERT DISCLOSURE DATES SET FORTH IN STATUS (PRE-TRIAL SCHEDULING) ORDER DATED MAY 13, 2009**<br><br>Action Filed: August 4, 2007<br>Trial Date: June 14, 2010 |

IT IS HEREBY STIPULATED by and among Defendants, CORNING TRUCK WASH and ROBERT WANCHEK (hereinafter collectively "Defendants"), and Plaintiff, LARRY DOWNING (hereinafter "Plaintiff"), as follows:

(1) Plaintiff and Defendants have been diligently pursuing discovery in the above-entitled action.

(2) Plaintiff and Defendants, through counsel, have met and conferred on the status of on-going discovery issues, discovery deadlines and expert disclosure dates set forth in the Court's Status (Pre-Trial Scheduling) Order filed May 13, 2009.

1    (3) Plaintiff and Defendants agree that additional time is necessary to
2 complete discovery in the above-entitled action due to the number of witnesses
3 remaining to be deposed by the parties, the location of several out-of-state
4 witnesses, as well as the difficulty of scheduling a physical examination of Plaintiff
5 due to Plaintiff's travels and lack of permanent address.
6    (4) Pursuant to Federal Rule of Civil Procedure 16(b)(4), good cause exists
7 for, and the parties stipulate to, a modification and extension of the current
8 discovery deadline and expert disclosure dates set forth in the May 13, 2009 Status
9 (Pre-Trial Scheduling) Order as follows:
10    (i) The date for completion of all discovery, and resolution of any disputes
11    relative to discovery by appropriate court order, shall be extended from the
12    current date of February 3, 2010 to March 1, 2010.
13    (ii) The date for expert disclosures under Federal Rule of Civil Procedure
14    26(a)(2) shall be extended from the current date of November 27, 2009 to
15    January 11, 2010.
16    (iii) The date for supplemental expert disclosures and disclosures of any
17    rebuttal experts under Federal Rule of Civil Procedure 26(a)(2)(c) shall be
18    extended from the current date of December 11, 2009 to January 25, 2010.
19    (5) The rescheduling of the above discovery and expert disclosure dates shall
20 in no way interfere with the other aspects of the litigation and shall not impact any
21 other dates set forth in the May 13, 2009 Status (Pre-Trial Scheduling) Order.
22
23 DATED: November___, 2009     LEWIS BRISBOIS BISGAARD & SMITH LLP
24
25                                    By_____
                                         Brigitte M. Mayo
26                                       Attorney for Defendants
                                         CORNING TRUCK WASH
27                                       and ROBERT WANCHEK
28

DATED: November___, 2009         LAW OFFICES OF NATHANIEL POTRATZ

By_____
Nathaniel Potratz
Attorney for Plaintiff
LARRY DOWNING

## ORDER

Pursuant to the parties' Stipulation, and for GOOD CAUSE SHOWN, the Court GRANTS the parties' request and AMENDS the May 13, 2009 Status (Pre-Trial Scheduling) Order as follows:

(i) All discovery, and resolution of any disputes relative to discovery, shall be completed by March 1, 2010.

(ii) The parties shall make expert witness disclosures under Federal Rule of Civil Procedure 26(a)(2) by January 11, 2010.

(iii) The parties shall make supplemental expert witness disclosures and disclosures of any rebuttal experts under Federal Rule of Civil Procedure 26(a)(2)(c) by January 25, 2010.

All other dates and conditions set forth in the May 13, 2009 Status (Pre-Trial Scheduling) Order are maintained.

IT IS SO ORDERED.

Date: November 20, 2009         /s/ John A. Mendez
                                UNITED STATES DISTRICT COURT JUDGE